## Commonwealth ex rel. Lockwood, Appellant, v. Myers.

Submitted December 13, 1965. *Clarence F. Lockwood,* appellant, in propria persona; *Ralph B. D'Iorio,* Assistant District Attorney, *Domenic D. Jerome,* First Assistant District Attorney, and *Jacques H. Fox,* District Attorney, for appellee.

Order affirmed.

## Commonwealth ex rel. London, Appellant, v. Myers.

Submitted December 15, 1965. *P. Richard Klein* and *Corliss & Klein,* for appellant; *A. Alfred Delduco,* District Attorney, for appellee.

Order affirmed.